

# DEREK SMITH
## LAW GROUP, PLLC
Employment Lawyers Representing Employees Exclusively

February 12, 2020

**Via ECF**
The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020
```

Re:  *Andrea Rossbach v. Montefiore Medical Center et al.*
     Civil Action No. 1:19-cv-05758-DLC

Dear Judge Cote:

This firm represents Plaintiff in the above-referenced matter. We write pursuant to Rule I.E Your Honor's Individual Practice Rules, to respectfully request that Your Order reschedule the telephonic conference currently scheduled for February 14, 2020 at 3PM to February 14, 2020 at 12 PM. This is our first request to adjourn this conference. Additionally, Defendants' counsel consent to this request and are available at the requested time.

As such, Plaintiff respectfully requests that Your Honor reschedule the telephonic conference currently scheduled for February 14, 2020 at 3PM to February 14, 2020 at 12 PM. We thank the Court for its time and consideration of this request.

Respectfully Submitted,

**DEREK SMITH LAW GROUP, PLLC**

/s/ Daniel Altaras
Daniel J. Altaras, Esq.

cc: All Counsel of Record (Via ECF)

Approved.
/s/ Denise Cote
2/13/20