UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA ROSSBACH,

    Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER, et al.,

    Defendants.

19-CV-5758 (DLC) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2|25|20

**BARBARA MOSES, United States Magistrate Judge.**

The parties having jointly advised the Court that a court-supervised settlement conference may be more productive after the parties have engaged in additional fact discovery, including depositions, the settlement conference currently scheduled for February 26, 2020, at 2:15 p.m. is ADJOURNED.

No later than **February 28, 2020**, the parties shall file a joint letter proposing three dates on which they are available for a rescheduled settlement conference. The proposed dates should be in advance of the July 3, 2020 deadline for the completion of fact discovery. Judge Moses ordinarily holds settlement conferences Monday through Thursday afternoons, commencing at 2:15 p.m.

Nothing in this Order affects the parties' other litigation deadlines or obligations.

Dated: New York, New York
       February 25, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**