UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA ROSSBACH,

        Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER, et al.,

        Defendants.

19-CV-5758 (DLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court held a confidential pre-settlement teleconference with counsel on May 21, 2020, as a result of which the Court has concluded that a settlement conference is unlikely to be productive until additional document discovery has been completed – in particular, conscientious searches for and production of relevant ESI in the personal possession of plaintiff Rossbach and the individual defendants. Consequently, the settlement conference scheduled for May 26, 2020, at 2:15 p.m. is ADJOURNED *sine die*.

    The parties have assured the Court that they can complete the necessary ESI discovery within the next 30 days. No later than June 23, 2020, the parties shall submit a confidential joint letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, updating the Court on the results of their discovery efforts and the progress of their settlement negotiations (which should continue), and providing their respective views as to whether sufficient discovery has taken place to make a settlement conference productive.

Dated: New York, New York
         May 21, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**