```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA ROSSBACH,

    Plaintiff,

  -against-

MONTEFIORE MEDICAL CENTER, et al.,

    Defendants.

19-CV-5758 (DLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' confidential joint letter dated June 23, 2020, submitted to chambers by email, informing the Court that they had not yet completed the ESI searches discussed on May 21, 2020. No later than **July 24, 2020**, the parties shall again submit a confidential joint letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, updating the Court on the progress of discovery, including whether the relevant ESI has been produced, such that a settlement conference would be productive at that time.

Dated: New York, New York
       June 25, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**