```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv5758 (DLC)
ANDREA ROSSBACH,                         :
                                         :           ORDER
                         Plaintiff,      :
             -v-                         :
                                         :
MONTEFIORE MEDICAL CENTER, NORMAN        :
MORALES and PATRICIA VEINTEMILLA,        :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    In letters of September 1 and September 8, 2020, the parties advised the Court of a number of discovery disputes. Defendants' letter of September 8 also requested an extension of the deadline for the parties to submit any motion for summary judgment or the joint pretrial order. It is hereby

    ORDERED that any motion for Summary Judgment shall be filed by **November 20, 2020**. Any opposition shall be filed by **December 11**. Any reply shall be filed by **January 8, 2021**. In the event no motion is filed, the Joint Pretrial Order shall be filed by **November 20**.

    IT IS FURTHER ORDERED that the parties may extend the period of fact and expert discovery on consent so long as the November 20 dates for any motion for summary judgment or the joint pretrial order are not affected.

IT IS FURTHER ORDERED that, if plaintiff intends to rely on the testimony or affidavit of third-party witness Morgan Walsh at trial, plaintiff shall produce the final, executed version of Ms. Walsh's affidavit to the defendants by **September 14, 2020**. Plaintiff is not required to produce drafts of such affidavit.

IT IS FURTHER ORDERED that the parties shall complete their document productions and confirm the schedule for all depositions by **September 21, 2020**.

SO ORDERED:

Dated:   New York, New York
         September 9, 2020

_____
DENISE COTE
United States District Judge