

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA ROSSBACH,

    Plaintiff,

  -against-

MONTEFIORE MEDICAL CENTER, et al.,

    Defendants.

19-CV-5758 (DLC) (BCM)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will hold a telephonic counsel-only pre-settlement conference on **September 23, 2020, at 12:00 p.m.** Counsel are directed to call (888) 557-8511 and enter (a) the access code 7746387 and (b) the security code that the Court will provide to you, by email. Clients need not join the conference.

Dated: New York, New York
       September 18, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**