```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     19cv5758 (DLC)
ANDREA ROSSBACH,                         :
                                         :            ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
MONTEFIORE MEDICAL CENTER, NORMAN        :
MORALES and PATRICIA VEINTEMILLA,        :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In a letter of October 30, 2020, the defendants advised the Court of a number of discovery disputes. It is hereby

ORDERED that a telephonic conference is scheduled for **November 5 at 4:00 p.m.** The parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:     888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that plaintiff shall file any

response to the October 30 submission by **November 4 at noon.**

    SO ORDERED:

Dated:    New York, New York
           November 2, 2020

                                        _____
                                              DENISE COTE
                                  United States District Judge