```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ANDREA ROSSBACH,                         :
                                         :
                          Plaintiff,     :
              -v-                        :   19cv5758 (DLC)
                                         :
MONTEFIORE MEDICAL CENTER, NORMAN        :   ORDER
MORALES, and PATRICIA VEINTEMILLA,       :
                                         :
                          Defendants.    :
-----------------------------------------X
```

DENISE COTE, District Judge:

On January 9, 2021, defendants filed their reply memorandum of law in further support of their motion for partial summary judgment. The defendants' reply memorandum consists of twenty-three pages, in excess of the ten-page limit on reply memoranda set forth at Section 4(B) of this Court's Individual Practices. The defendants have not filed a request to exceed the ten-page limit. On January 13, the plaintiff moved to strike the defendants' reply memorandum for exceeding the ten-page limit. It is hereby

ORDERED that the Clerk of Court shall strike Doc. No. 58 from the docket.

IT IS FURTHER ORDERED the defendants shall file a reply memorandum in support of their motion for partial summary judgment, not to exceed ten pages, by **January 19, 2021**.

SO ORDERED:

Dated: New York, New York
January 15, 2021

```
_____
          DENISE COTE
    United States District Judge
```