```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 --------------------------------------- X
                                         :
 ANDREA ROSSBACH,                        :
                                         :
                       Plaintiff,        :        19cv5758 (DLC)
                                         :
              -v-                        :            ORDER
                                         :
 MONTEFIORE MEDICAL CENTER, NORMAN       :
 MORALES, and PATRICIA VEINTIMILLA,      :
                                         :
                       Defendants.       :
                                         :
 --------------------------------------- X
```

DENISE COTE, District Judge:

On March 15, 2021, the defendants in this action served a letter requesting permission to file a motion to dismiss the remaining claims in this action with prejudice and to assess sanctions and costs against the plaintiff and her counsel.  As a basis for this relief, the defendants allege that a forensic examination indicated certain documentary evidence produced during discovery in this action has been fabricated.  It is hereby

ORDERED that the plaintiff shall by **March 19, 2021** notify the Court whether she intends to engage an expert to assess the disputed documentary evidence.

IT IS FURTHER ORDERED that if the plaintiff submits notice by March 19, the plaintiff and the defendants shall submit to the Court their respective expert reports by **April 16, 2021,** and

the Court will schedule a hearing regarding the disputed evidence for the week of **April 19, 2021.**

    IT IS FURTHER ORDERED that if the plaintiff does not submit notice by March 19, defendants' motion to dismiss and for sanctions shall be submitted by **March 26, 2021.** Plaintiff's response shall be submitted by **April 9, 2021,** and any reply shall be submitted by **April 16, 2021.**

Dated:    New York, New York
           March 15, 2021

                                      _____
                                          DENISE COTE
                             United States District Judge