# Littler

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

## MEMO ENDORSED

Nina Massen
212.471.4448 direct
212.583.9600 main
nmassen@littler.com

March 18, 2021

**BY ECF FILING**
The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3 / 19 / 2021
```

Re:   Andrea Rossbach v. Montefiore Medical Center, Norman Morales and Patricia Veintimilla
        19-cv-05758 (DLC)

Dear Judge Cote:

We are counsel to the Defendants in the above-referenced matter.  We write jointly with Plaintiff's counsel, Mr. Daniel Altaras, to seek an adjournment of the settlement conference to which the parties were referred by the Court's March 11, 2021 Orders (Dkt. Nos. 63 & 64).

Orders Nos. 63 and 64, which directed the parties to attend a Settlement Conference before Magistrate Judge Moses, were made in the context of the Court's decision with respect to Defendants' Motion for Partial Summary Judgement. On March 15, 2021, Defendants filed a letter request for permission to move for dismissal of the remaining claims and for sanctions against Plaintiff and her counsel.  In response, Your Honor ordered Plaintiff to notify the Court whether she intends to engage an expert. If not, Your Honor established a briefing schedule with respect to Defendants' anticipated motion (Dkt. 65). In light of these events, the parties respectfully request that the Settlement Conference before Magistrate Judge Moses be adjourned until these issues have been resolved.

We thank Your Honor for your consideration.

Respectfully,

*/s/ Nina Massen*
Nina Massen

Granted.
Denise Cote
3/18/21

Cc:   Daniel Altaras, Esq., Plaintiff's Counsel