```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ANDREA ROSSBACH,                         :
                                         :
                       Plaintiff,        :     19cv5758 (DLC)
                                         :
           -v-                           :        ORDER
                                         :
MONTEFIORE MEDICAL CENTER, NORMAN        :
MORALES, and PATRICIA VEINTIMILLA,       :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In a letter of April 7, 2021, the plaintiff moved for discovery sanctions against the defendants. The motion principally alleges that the defendants failed to conduct a forensic examination of defendant Norman Morales' cell phone after representing to the plaintiff that they would do so. It is hereby

ORDERED that the issues raised in the plaintiff's April 7 letter will be addressed at the previously scheduled April 22 conference.

SO ORDERED:

Dated:   New York, New York
         April 8, 2021

                                         _____
                                              DENISE COTE
                                         United States District Judge