```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
ANDREA ROSSBACH,                      :
                                      :      19cv5758 (DLC)
                       Plaintiff,     :
                                      :          ORDER
          -v-                         :
                                      :
MONTEFIORE MEDICAL CENTER, NORMAN     :
MORALES, and PATRICIA VEINTEMILLA,    :
                                      :
                       Defendants.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On April 22, 2021, an evidentiary hearing was held regarding the defendants' March 15, 2021 request to move for dismissal and for sanctions. For the reasons stated on the record at the April 22 hearing, it is hereby

ORDERED that the defendants' March 15, 2021 request to move to dismiss and for sanctions is granted. The defendants shall file by **May 27, 2021** their motion to dismiss and for sanctions. The plaintiff shall file a response by **June 3, 2021**, and the defendants shall file any reply by **June 10, 2021**.

IT IS FURTHER ORDERED that the plaintiff's April 7, 2021 motion for sanctions is denied.

SO ORDERED:

Dated:   New York, New York
         April 22, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge