UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREA ROSSBACH,

                Plaintiff,                        19 **CIVIL** 5758 (DLC)

        -v-                                 **JUDGMENT**

MONTEFIORE MEDICAL CENTER, NORMAN
MORALES, and PATRICIA VEINTIMILLA,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 22, 2021, the defendants are awarded from Rossbach, Altaras, and DSLG $157,026.27 in attorneys' fees, costs, and expenses. Rossbach, Altaras, and DSLG shall be jointly and severally liable for this award; Judgment is entered for the defendants, and this case is closed.

**Dated:**  New York, New York
           October 22, 2021

                                                  **RUBY J. KRAJICK**
                                                    _____
                                                      **Clerk of Court**
                                        **BY:**
                                                        **Deputy Clerk**