```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ANDREA ROSSBACH,                         :
                                         :
                    Plaintiff,           :    19cv5758 (DLC)
                                         :
         -v-                             :         ORDER
                                         :
MONTEFIORE MEDICAL CENTER, NORMAN        :
MORALES, and PATRICIA VEINTIMILLA,       :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    In an Opinion of August 28, 2023, the Court of Appeals remanded the above-captioned case to this Court for the limited purpose of determining whether sanctions should be imposed on plaintiff's counsel, Daniel Altaras and his firm, the Derek Smith Law Group, PLLC. The mandate issued on September 18. Accordingly, it is hereby

    ORDERED that, by **September 26, 2023**, the parties shall advise the Court whether all parties jointly seek a referral for settlement. The parties shall not reveal whether any party does not consent to a referral.

Dated:   New York, New York
           September 19, 2023

                                    _____
                                       DENISE COTE
                             United States District Judge