UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ANDREA ROSSBACH,                         :
                                         :
                       Plaintiff,        :        19cv5758 (DLC)
                                         :
            -v-                          :        ORDER
                                         :
MONTEFIORE MEDICAL CENTER, NORMAN        :
MORALES, and PATRICIA VEINTIMILLA,       :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     Having received the plaintiff's letter dated September 20,
2023, it is hereby

     ORDERED that the parties are instructed to contact the
chambers of Magistrate Judge Moses by **September 29, 2023**, in
order to schedule settlement discussions under her supervision
to occur by **November 30, 2023.**

     IT IS FURTHER ORDERED that oral argument on the issue of
whether sanctions should be imposed on plaintiff's counsel,
Daniel Altaras and his firm, the Derek Smith Law Group, PLLC,
is scheduled for **January 10, 2024** at **2:00 PM** in Courtroom 18B,
500 Pearl Street.

Dated:    New York, New York
          September 26, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge