```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ANDREA ROSSBACH,                         :
                                         :
                      Plaintiff,         :       19cv5758 (DLC)
                                         :
            -v-                          :            ORDER
                                         :
MONTEFIORE MEDICAL CENTER, NORMAN        :
MORALES, and PATRICIA VEINTIMILLA,       :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 5, 2024**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that, pursuant to this Court's Individual Practices in Civil Cases, should the parties wish that the Court retain jurisdiction to enforce any settlement agreement, the parties must place the terms of their settlement

agreement on the public record prior to **January 5, 2024.**

Dated:   New York, New York
         December 18, 2023

                                                                  _____
                                                                     DENISE COTE
                                               United States District Judge